Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SMITH,<br><br>         Plaintiff,<br><br>   vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>         Defendant. | Case No. 09-CV-00386-MCE-EFB<br><br>STIPULATION TO VACATE THE JUDGMENT AND DISMISS THE ACTION WITH PREJUDICE |

Plaintiff, DAVID SMITH, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on February 9, 2009. NCO filed its responsive pleading on March 16, 2009. DAVID SMITH filed a Notice of Acceptance of NCO's Offer of Judgment on April 30, 2009. The Court closed the case pursuant to the accepted offer of judgment on May 1, 2009. The parties subsequently resolved the action in its entirety.

Stipulation to Dismiss With Prejudice

1

PDF created with pdfFactory trial version www.pdffactory.com

As part of said resolution, the parties agree to vacate the judgment and dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the judgment entered in the above captioned action be vacated pursuant to Fed. R. Civ. Pro. 60.

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 5/26/09         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 5/26/09         KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee,
Attorney for Plaintiff,
David Smith

IT IS SO ORDERED.

Dated: May 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation to Dismiss With Prejudice

2

PDF created with pdfFactory trial version www.pdffactory.com